**MEDVEI LAW GROUP, APC**
Sebastian M. Medvei (SBN 285604)
3055 Wilshire Blvd, Ste 900
Los Angeles, CA 90010
Telephone: (213) 984-4013
Facsimile: (213) 386-9074
Email: smedvei@medveilaw.com

Attorney for Plaintiff MAYRA AGUILAR

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
 A Limited Liability Partnership
 Including Professional Corporations
DIANNE BAQUET SMITH, Cal. Bar No. 96713
dsmith@sheppardmullin.com
LINDSAY M. HOLLOMAN, Cal. Bar No. 271266
LHolloman@sheppardmullin.com
333 South Hope Street, 43rd Floor
Los Angeles, California 90071-1422
Telephone: 213.620.1780
Facsimile: 213.620.1398

Attorneys for Defendants
LOCAL INITIATIVE HEALTH AUTHORITY
FOR LOS ANGELES COUNTY, operating and
doing business as L.A. CARE HEALTH PLAN
(erroneously sued as L.A. CARE HEALTH PLAN),
REBECCA CRISTERNA, and AMANDA MONTOYA

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAYRA AGUILAR, an individual,<br><br>   Plaintiff,<br><br>  v.<br><br>L.A. CARE HEALTH PLAN, a public entity, et al.,<br><br>   Defendants. | Case No. 2:15-cv-01710-GHK (PJWx)<br>Hon. George H. King, Ctrm 650<br><br>**ORDER GRANTING STIPULATION TO DISMISS ACTION WITH PREJUDICE** |

# ORDER

The Court has reviewed the Stipulation to Dismiss Action with Prejudice jointly submitted by Plaintiff MAYRA AGUILAR and Defendants LOCAL INITIATIVE HEALTH AUTHORITY FOR LOS ANGELES COUNTY, operating and doing business as L.A. CARE HEALTH PLAN (erroneously sued as L.A. CARE HEALTH PLAN), REBECCA CRISTERNA, and AMANDA MONTOYA.  After consideration of the Stipulation, the Court finds good cause and hereby orders that the above-captioned action is dismissed in its entirety with prejudice.  Each party waives recovery of costs and/or attorney's fees.

Dated:  ___10/14/16_____    _____
                                                                 The Honorable George H. King
                                                                 United States District Court Judge